IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEFFREY HERSHBERGER, | : |
| | : |
| Petitioner, | : |
| | : CIVIL ACTION NOS. |
| v. | : 1:16-CV-105-RWS |
| | : |
| DARLENE DREW, | : |
| | : |
| Respondent. | : |

## **ORDER**

This case is before the Court on the Report and Recommendation of Magistrate Judge Catherine M. Salinas [Doc. No. 3]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 3] is hereby approved and adopted as the opinion and order of this Court. As such, the petition is DISMISSED. The Clerk is DIRECTED to close this action.

**SO ORDERED**, this 22nd day of March, 2016.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)